■ In the Matter of the Arbitration Between BUFFALO PRO-FESSIONAL FIREFIGHTERS ASSOCIATION, INC., IAFF LOCAL 282,

Respondent, and CITY OF BUFFALO, Appellant. [913 NYS2d 611]—Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered September 25, 2009 in a proceeding pursuant to CPLR article 75. The order and judgment granted the petition to vacate an arbitration award.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Carni, Lindley, Pine and Gorski, JJ.